O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. SA 12-225M |
| Plaintiff, | ) **ORDER OF DETENTION** |
| vs. | ) |
| GUSTAVO CEJA CEJA, | ) |
| Defendant. | ) |

I

A.   ( )   On motion of the Government in a case allegedly involving:

   1.   ( )   a crime of violence.

   2.   ( )   an offense with maximum sentence of life imprisonment or death.

   3.   ( )   a narcotics or controlled substance offense with maximum sentence of ten or more years.

   4.   ( )   any felony - where defendant convicted of two or more prior offenses described above.

   5.   ( )   any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive

1

          device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

B.   (X)   On motion by the Government/ ( ) on Court's own motion, in a case allegedly involving:

    1.   (x)   a serious risk that the defendant will flee.
    2.   ( )   a serious risk that the defendant will:
        a.   ( )   obstruct or attempt to obstruct justice.
        b.   ( )   threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.   The Government ( ) is/ (x) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II

A.   ( )   The Court finds that no condition or combination of conditions will reasonably assure:

    1.   (X)   the appearance of the defendant as required.
    ( ) and/or
    2.   ( )   the safety of any person or the community.

B.   ( )   The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III

The Court has considered:

A.   the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or

1   destructive device;
2   B. the weight of evidence against the defendant;
3   C. the history and characteristics of the defendant; and
4   D. the nature and seriousness of the danger to any person or the community.
5
6                                              IV
7   The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.
10
11                                             V
12  The Court bases the foregoing finding(s) on the following:
13  A.   (X)   As to flight risk:
14  **Defendant is undocumented.  He has no ties to the community and no bail resources.**
16  B.   ( )   As to danger:
17
18                                             VI
19  A.   ( )   The Court finds that a serious risk exists the defendant will:
20       1.   ( )   obstruct or attempt to obstruct justice.
21       2.   ( )   attempt to/ ( ) threaten, injure or intimidate a witness or juror.
23  B.   The Court bases the foregoing finding(s) on the following:
24
25                                             VI
26  A.   IT IS THEREFORE ORDERED that the defendant be detained prior to trial.
28  B.   IT IS FURTHER ORDERED that the defendant be committed to the

3

1 | custody of the Attorney General for confinement in a corrections facility
2 | separate, to the extent practicable, from persons awaiting or serving sentences
3 | or being held in custody pending appeal.
4 |     C.    IT IS FURTHER ORDERED that the defendant be afforded reasonable
5 | opportunity for private consultation with counsel.
6 |     D.    IT IS FURTHER ORDERED that, on order of a Court of the United
7 | States or on request of any attorney for the Government, the person in charge
8 | of the corrections facility in which defendant is confined deliver the defendant
9 | to a United States marshal for the purpose of an appearance in connection with
10 | a court proceeding.

12 | DATED: May 22, 2012

_____
MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE